■ DONALD A. GANGLER, JR., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 96352.) [836 NYS2d 445]—Appeal from a judgment of the Court of Claims (Nicholas V. Midey, Jr., J.), entered April 26, 2006. The interlocutory judgment found defendant liable for injuries sustained by claimant and ordered a trial on the issue of damages.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present— Hurlbutt, J.P., Centra, Fahey, Peradotto and Pine, JJ.